IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE: DEPAKOTE

Case No. 18-cv-1229-DRH

[Master File 18-cv-1222-DRH]

**This Order Relates to:**
*Glenda Jones v. Abbott Laboratories, Inc.*
3:18-cv-01229-DRH

## ORDER

On June 19, 2018, Dennis Sheehan was appointed by this Court as Guardian ad Litem to represent the interests of any plaintiff who is incompetent, under the age of majority, or otherwise requires review by, or the services of, a guardian ad litem. Kylie Berry is a plaintiff in this case and is under the age of majority. Mr. Sheehan has advised this Court that though he has made repeated efforts to contact Kylie Berry's guardian(s) he has not been successful in contacting her guardian(s). It is therefore,

**ORDERED** that the Kylie Berry's guardian(s) shall contact Mr. Sheehan on or before October 26, 2018.

**IT IS FURTHER ORDERED** that should Kylie Berry's guardian(s) not contact Mr. Sheehan on or before October 26, 2018, then and in that case they shall appear before this Court at 10:00 am on November 2, 2018.

**IT IS SO ORDERED.**

Judge Herndon
2018.10.18
11:27:51 -05'00'

**United States District Judge**